AO 243   (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District DISTRICT OF ALASKA |
|---|---|

| Name of Movant LESLIE JAMS WILLIAMS | Prisoner No. 14903-006 | Case No. A04-0003-03 CR(JWS) |
|---|---|---|

Place of Confinement

FCI II VICTORVILLE  P.O.BOX 5700  ADELANTO, CA 92301

| UNITED STATES OF AMERICA   V. | LESLIE JAMES WILLIAMS |
|---|---|
| | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack   UNITED STATES DISTRICT COURT  DISTRICT  OF ALASKA

2. Date of judgment of conviction   MAY 26, 2005

3. Length of sentence   124 MONTHS

4. Nature of offense involved (all counts)   21 USC 846, 841(A)(1)(B)(1)(C) AND 859(A) CONSPIRACY TO DISTRIBUTE  CONTROLLED SUBSTANCES

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

9.   If you did appeal, answer the following:

    (a) Name of court  UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

    (b) Result  DISMISSED

    (c) Date of result  AUG 04, 2005

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes  ☐     No ☒

11.  If your answer to 10 was "yes," give the following information:

    (a)  (1) Name of court

         (2) Nature of proceeding

         (3) Grounds raised

         (4) Did you receive an evidentiary hearing on your petition, application or motion?
             Yes  ☐     No ☐

         (5) Result

         (6) Date of result

    (b)  As to any second petition, application or motion give the same information:

         (1) Name of court

         (2) Name of proceeding

         (3) Grounds raised

AO 243 · (Rev. 2/95)

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?
        Yes    ☐     No ☐

    (5)  Result   _____

    (6)  Date of result   _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1)  First petition, etc.        Yes ☐     No ☐
    (2)  Second petition, etc.     Yes ☐     No ☐

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts.  The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b)  Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): AFTER GETTING VERBAL AGREEMENT FROM GOVERMENT THAT NO FUTURE INDICTMENTS, ON 2-05-04 ENTERED PROFFER AGREEMENT TO "ENTER A PLEA OF GUILTY TO CONSPIRACY TO DISTRIBUTE CONTROLED SUBSTANCES TO UNDERAGE PERSONS, IN VIOLATION OF 21 U.S.C. SECTION 846". MY COUNSEL AT SENTENCEING ON 5-26-05 TOLD COURT THAT HE HAD NOTHING TO SAY IN RESPONCE TO GOVERMENT'S STATEMENTS, BECAUSE HE WAS THE FATHER OF TWO TEENAGE DAUTHERS, SHOWING A BIAS TOWARDS DEFFENDANT AT ALL STEPS OF DEFFENCE.

B. Ground two:

ERRONEOUS ALLOCATION OF THE BURDEN OF PROOF

Supporting FACTS (state *briefly* without citing cases or law): I DISPUTED DRUG AMOUNT AT CHANGE OF PLEA 5-17-04, ALSO SEE DOCKET 409 AND 443 COURT EXCEPTS WILLIAMS PLEA TO A DETECTIBLE AMOUNT OF COCAIN. I ALSO DISPUTED P.S.R. STATEMENTS USED TO SET BASE OFFENCE LEVEL A 32 INSTEED OF 12.

C. Ground three: GOVERMENT BREACHED PROFFER AGREEMENT ENTERED ON 2-05-04.

Supporting FACTS (state *briefly* without citing cases or law): BY ADDING WILLIAMS TO FIRST SUPERSEDING INDT, ALSO THERE WAS A VERBAL AGREEMENT FOR ME TO ENTER A GUILT PLEA TO COUNT 1 OF INDT FROM JANUARY 21, 2004, ALSO AS STATED IN PROFFER.

E. GROUND FIVE: PLEA AGREEMENT WAS NOT VOLUNTARY

SUPPORTING FACTS: I TOLD COUNSEL NUMEROUS TIMES THAT I HAD NO KNOWLAGE OF ANY 5 KILOGRAMS. I WAS NOT GIVEN ADWWITE TIME BY THE GOVERMENT TO OBJECT PLEA AGREEMENT I ONLY SAW PLEA AGREEMENT LESS THEN ONE WEEK BEFORE CHANGE OF PLEA HEARING. ALL I WAS ATEMPTING TO DO AT CHANGE OF PLEA WAS PLEAD GUILTY TO ONE COUNT OF 846, 841(A)(1), (b)(1)(c), AND 859(A) AS FOUND IN BOTH PROFFER AGREEMENT AND TRUE BILL INOT FROM 1-27-2004 A DETECTIBLE AMOUNT OF COCAIN + A A LEVEL 12 base OFFENCE + USSG 201.2(A)(1) ADD 2 LEVELS FOR A TOTAL OF 14 AND A ACCEPTANCE OF RESPONSIBILITY -2 LEAVING ME AT LEVEL 12 CRIMINAL HISTORY III

F. GROUND SIX: PLAIN ERROR

SUPPORTING FACTS: AT SENTENCING COURT WAS IN ERROR BY SAYING AMELINE DID NOT APPLY I WAS ALSO USING APPRENDI AND BLAKELY.

G. GROUND SEVEN: ~~No~~ UNLAWFUL SECOUND FINAL DRAFT PSR 04/05/2005

SUPPORTING FACTS: ON FEBRUARY 3, 2005 A FINAL PSR WAS COMPLETED, IF CHANGES NEEDED TO BE MADE THEY SHOULD HAVE BEEN ATACHMENTS. ~~or~~ LANGUAGE OF PLEA AGREEMENT STATES THE COURT OR DEFFENDENT ARE NOT BOUND BY THE GOVERMENTS ESTAMATED SENTENCE NOW BINDING. RANGE.

H. GROUND EIGHT: NO LAWFUL SPECIAL CONDITION OF SUPERVISION #4

SUPPORTING FACTS: DEFFENDENT HAS NEVER BEEN CONVICTED OF A SEX CRIME, SO THIS CONDITION IS VERY UNFAIR.

D. Ground four: CONVICTION OBTAINED BY USE OF COERCED CONFESSION

Supporting FACTS (state *briefly* without citing cases or law): AT CHANGE OF PLEA MAY 17, 2004

I TRYED TO TELL COURT I DID NOT AGREE WITH DRUG AMOUNT, COURTS ANSWER

WAS "PLEA AGREEMENT CLEARLY... (5) FIVE KILOGRAMS" ALTHOUGH COUNSEL TOLD ME

DRUG AMOUNT WAS NON-BINDING. COURT ALSO STATES "WHAT WE WILL

HAVE TO DO IS JUST TO ADJOURN AND WE'LL PROCEED TO TRIAL."

I HAD ALREADY AGREED TO PLEAD GUILT TO GOV, AND COULD NOT GO

TO TRIAL.

                SEE: E, F, G, H ATTACHED.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing    D SCOTT DATTAN
                                  2600 DENALI STREET SUITE 460
                                  ANCHORAGE, AK  99503

    (b) At arraignment and plea    //

    (c) At trial    //

    (d) At sentencing    //

(6)

AO 243    (Rev. 2/95)

(e)  On appeal _____ N/A _____

(f)  In any post-conviction proceeding _____ N/A _____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes  ☐    No  ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes  ☐    No  ☒

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

(b)  Give date and length of the above sentence: _____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes  ☐    No  ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____ N/A _____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

MAY 01, 2006
_____
Date

_____
Signature of Movant

(7)

RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ALASKA

CERTIFICATE OF SERVICE BY MAIL

I, LESLIE WILLIAMS, DECLARE THAT I PLACED IN THE INMATE'S LEGAL MAILBOX LOCATED AT VICTORVILLE FCI II, ADELANTO, CALIFORNIA 92301, A LETTER BEARING THE REQUIRED POSTAGE AND CONTAINING THEREIN THE ORIGINAL AND TWO COPIES OF MY MOTION UNDER 28 USC § 2255. AND SAID LETTER WAS ADDRESSED TO:

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7th AVENUE #4
ANCHORAGE, ALASKA 99513-7564

EXECUTED ON: 5th OF MAY, 2006

I, LESLIE WILLIAMS, DECLARE UNDER THE PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: 5th OF MAY, 2006

_Leslie Williams_
LESLIE WILLIAMS
REG # 14903-006