RECEIVED
MAY 0 8 2006
CLERK...COURT

THE HONORABLE John W. SEDWICK
Chief U.S. District Court Judge

I am writting to Regeust Court Apointed Counsel for my Atached Filings. My statuse Has not Changed since The court Apointed Counsel for Case A04-0003-03 CR (JWS).

*[signature]*

Leslie Williams
REG# 14903-006
FCI II
P.O. Box 5700
Adelanto, CA 92301