Leslie J Williams Jr
Name
Reg# 14903-006
Federal Correctional Institution
P.O. Box 5700
Address
Adelanto, CA 92301
~~Telephone Number~~

RECEIVED

MAY 3 0 2006

CLERK, US DISTRICT COURT
ANCHORAGE. ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

United States of America           ,

       **Plaintiff/Petitioner,**

vs,

Leslie J Williams Jr           ,

       **Defendant/Respondent.**

CASE NO. 3:04-CR-00003-JWS-3

**MOTION FOR APPOINTMENT
OF COUNSEL**

    Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner

makes this request for the reason that s/he is financially unable to retain an attorney and

requires the assistance of counsel.

    This motion is supported by the Financial Affidavit in Support of Request for

Attorney attached hereto.

    Dated: May 24, 2006 _____

_____
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

I HEREBY CERTIFY THAT A COPY OF THE ABOVE
MOTION FOR APPOINTMENT OF COUNSEL WAS MAILED,
FIRST CLASS, U.S. MAIL, TO THE UNITED STATES ATTORNEY,
AT 222 WEST 7th AVE., MAIL BOX 9, ROOM 253,
ANCHORAGE, ALASKA 99513 ON MAY 24, 2006

LESLIE J WILLIAMS JR