### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   v.    LESLIE J. WILLIAMS JR.

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                          CASE NO.  3:04-CR-00003-03-JWS

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 30, 2006

        Defendant Williams application for appointment of

counsel, Clerk's Docket No. 852, is hereby **GRANTED.**  The Federal

Public Defender for the District of Alaska shall designate

counsel from the CJA Panel or the Federal Public Defender's

office to represent defendant Williams in this case.

        Counsel for defendant shall review the record, confer

with her, and file any amended 28 § 2255 petition, or voluntary

dismissal, on or before **June 30, 2006.**  In the alternative,

counsel shall file a notice that no amended petition will be

submitted.

        Government shall have until **July 31, 2006,** to file an

answer or other responsive pleading.