Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LESLIE J. WILLIAMS,  )<br>  )<br>Defendant.  )<br>_____ ) | Case No. 4:003-CR-03(JWS) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, Leslie J. Williams, by and through counsel, Hagans, Ahearn & Webb, moves this Court for an extension of time in which to file an amended § 2255 Petition.

The amended petition was due June 3, 2006.  The Defendant requests an extension until August 31, 2006 in which to file the amended petition.

CJA counsel was notified by telephone of her appointment and arranged to obtain a copy of Defendant's file from Scott Dattan, trial counsel.  Counsel has been

unable to locate a copy of the Court's order setting deadlines and unintentionally missed the deadline for filing.

DATED at Anchorage, Alaska this 26th day of July 2006.

HAGANS, AHEARN AND WEBB
Attorneys for Defendant

By:    /s/
Meredith A. Ahearn
Alaska Bar No. 6903001
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294: Phone
(907) 276-8732: Fax
E-mail: haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 26th Day of July 2006, on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513

   /s/
Meredith A. Ahearn
Hagans, Ahearn & Webb