**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

UNITED STATES v. LESLIE J. WILLIAMS

Case No. *3-04-cr-00003-03-JWS*-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

**MINUTE ORDER FROM CHAMBERS**

**RE Motion for Extension of time, Docket No. 855**

Defendant/Movant has filed a motion for extension of time to file an amended 2255 motion. *See* Docket No. 855. Accordingly, said motion is GRANTED. The amended 2255 motion shall be due on or before August 31, 2006. The United States Attorney shall file its answer or other responsive pleading on or before close of business September 29, 2006. The answer shall respond to allegations of the motion, and in addition, state whether the petitioner has used any other available federal remedies, including any prior post-conviction motions under these rules, to address the issues presented. See Rule 5, Rules Governing Section 2255 Proceedings. The United States Attorney shall also supplement his answer or response with appropriate copies of transcripts, affidavits and a memorandum of points and authorities as may be material to the questions raised.[1]

Upon reviewing the government's response, the court shall determine whether a hearing should be scheduled or whether the motion may be determined without a hearing.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

July 26, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-04-cr-00003-03-JWS-JDR WILLIAMS @855 MO Granting Time to File Am 2255 Mtn.wpd

---

[1] Any argument by the United States that the 2255 motion should be summarily dismissed must be asserted in a separate and appropriately titled pleading.