Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LESLIE J. WILLIAMS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 4:003-CR-03(JWS) |

**MOTION FOR EXTENSION OF TIME**

Defendant, Leslie J. Williams, by and through counsel, Hagans, Ahearn & Webb, moves this Court for an extension of time in which to file an amended § 2255 Petition.

The amended petition was due August 31, 2006.  The Defendant requests an extension until September 8, 2006 in which to file the amended petition.

This extension is requested in order to allow sufficient time for the amended petition and memorandum in support thereof to be typed.  Counsel's secretary

is out of the office from August 8 through September5, 2006 in order to move into her new home. Counsel has completed reading the record, speaking with the client and the necessary legal research. The Amended Petition can be filed no later that August 8, 2006.

DATED at Anchorage, Alaska this 31st day of August 2006.

HAGANS, AHEARN AND WEBB
Attorneys for Defendant

By: _____/s/_____
Meredith A. Ahearn
Alaska Bar No. 6903001
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294:  Phone
(907) 276-8732:  Fax
E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 31st Day of August 2006, on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513

_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb