Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LESLIE J. WILLIAMS, ) | |
| ) | Case No. 4:003-CR-03(JWS) |
| Defendant. ) | |
| ) | |

**MOTION TO FILE LATE AMENDED PETITION**

Defendant, Leslie J. Williams, by and through counsel, Hagans, Ahearn & Webb, moves this Court for leave to file late Amended Petition.

The Amended Petition was due September 8, 2006.  The Defendant requests an extension until September 11, 2006.

DATED at Anchorage, Alaska this 11th day of September 2006.

        HAGANS, AHEARN AND WEBB
        Attorneys for Defendant

By:    /s/
      Meredith A. Ahearn
      Alaska Bar No. 6903001
      HAGANS, AHEARN & WEBB
      310 K Street, Suite 400
      Anchorage, AK  99501
      (907) 276-5294:  Phone
      (907) 276-8732:  Fax
      E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 11tht Day of September 2006,
on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513


/s/
Meredith A. Ahearn
Hagans, Ahearn & Webb

**United States v. Williams, Case No. 4:003-CR-03 (JWS)**                                                                 **Page 2 of 2**
**Unopposed Motion for Extension of Time**