Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LESLIE J. WILLIAMS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 4:003-CR-03(JWS) |

**MOTION FOR EVIDENTIARY HEARING**

COMES NOW Defendant, Leslie Williams, and moves this court for an evidentiary hearing on the issues raised in his § 2255 Petition and Amended Petition.  A hearing is required so that Mr. Williams may give testimony to the Court regarding his claims of ineffective assistance of counsel, which testimony has not previously been placed on the record and so that the Court may hear the testimony of his trial counsel with regard to the allegations made.  Only in that way can a complete record be made to allow the Court to make a just and reasonable decision on Mr. Williams's petition.

**United States v. Williams**, Case No. 4:003-CR-03 (JWS)                              Page 1 of 2
**Motion for Evidentiary Hearing**

DATED at Anchorage, Alaska this ____ day of September 2006.

         HAGANS, AHEARN AND WEBB
         Attorneys for Defendant

By:   /s/
    Meredith A. Ahearn
    Alaska Bar No. 6903001
    HAGANS, AHEARN & WEBB
    310 K Street, Suite 400
    Anchorage, AK  99501
    (907) 276-5294:  Phone
    (907) 276-8732:  Fax
    E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this _____ day of September 2006, on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513

  /s/
Meredith A. Ahearn
Hagans, Ahearn & Webb