RECEIVED
SEP 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Clerk of Courts,                                                          9-20-06

   My name is Leslie J. Williams, docket # A04-0003-03CR (JWS). I need to inform the court of improper behavior on the behalf of my appointed Attorney in the matter of my pending motion for 2255. My Attorney (Merideth A. Ahearn) was appointed to amend my motion & file it with your court. In doing so, she has not informed me of its content or discussed the matter with me. I would like to respectfully as your Honorable Court to disallow any motion she files on my behalf since I have no knowledge of what it may contain. In doing so I ask the court to allow me to start this process over and to please allow me a new attorney as soon as possible. This matter is of great importance to me and I am in need of an advocate as guaranteed by my 8th amendment rights and the Supreme Court. Please send me a response to this action so I know what I need to do. I come before your court Pro Se on this matter and am no longer represented by Ms. Ahearn.

                                                  Respectfully,
                                                  Leslie Williams
                                                  Reg # 14903-006