NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00003-03-JWS |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE DEADLINE** |
| vs. | ) | **FOR GOVERNMENT'S** |
| | ) | **RESPONSE TO** |
| LESLIE J. WILLIAMS, | ) | **PLAINTIFF'S § 2255** |
| | ) | **PETITION** |
| Defendant. | ) | |
| | ) | |

　　COMES NOW, the United States, and moves this Court to continue the deadline for the United States to respond to the defendant's petition pursuant to 28 U.S.C. § 2255.  This motion is supported by the Declaration of Assistant United States Attorney Frank V. Russo.

RESPECTFULLY submitted this 29th day of September, 2006, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Frank V. Russo
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2006, a copy of the foregoing GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO RECONSIDER ORDER MODIFYING SENTENCE was served electronically on Meredith Ahearn.

s/ Frank V. Russo