NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>                         Plaintiff,          )<br>                                                          )<br>           vs.                                        )<br>                                                          )<br> LESLIE J. WILLIAMS,                  )<br>                                                          )<br>                         Defendant.     )<br>                                                          )<br>_____)  | No. 3:04-cr-00003-03-JWS<br><br>**DECLARATION OF<br>FRANK V. RUSSO IN SUPPORT<br>OF UNOPPOSED MOTION TO<br>CONTINUE UNITED STATES'<br>DEADLINE TO RESPOND TO<br>DEFENDANT'S § 2255 PETITION** |

   I, Frank V. Russo, declare and state as follows:

   1.   I am an Assistant United States Attorney for the District Alaska assigned to prosecute the above-captioned case.  As such, I am fully familiar with the facts stated herein.  I make this declaration in support of an unopposed motion

to continue the United States motion to respond to defendant's petition pursuant to 28 U.S.C. § 2255.

2.   On May 6, 2006, the defendant filed a pro se petition to vacate his conviction pursuant to 28 U.S.C. § 2255. He also requested counsel be appointed.

3.   Counsel was appointed on May 30, 2006, at docket 853. Defendant's counsel filed an unopposed motion of time on July 26, 2006, which was granted. In granting the motion, the Court directed that the defendant file an amended 2255 motion on August 31, 2006. In the same order, filed at docket 856, the Court directed the United States to respond on or before close of business on September 29, 2006.

4.   The defendant requested two further extensions, to September 8 and then to September 11. The docket sheet does not indicate whether such extensions were granted.

5.   On September 11, 2006, the defendant filed an amended petition, as well a request for an evidentiary hearing. The Court then put out a docket annotation on September 12, 2006 indicating that the "amended petition should not have been filed until motion was granted; Correction: IF MOTION IS GRANTED, aty to refile Amended 2255 Petition using the event "Supplement" & link to original petition at dkt 848." See Docket Annotation filed September 12, 2006

(emphasis in original).

6. The docket sheet does not indicate any further orders from the Court regarding whether the Court has granted the defendant's motion.

7. On September 27, 2006, at docket 862, the defendant filed a pro se motion to disallow the previous, as well as future, motions of his appointed attorney. The defendant also requested new counsel.

8. The Court's order at docket 856, directing the United States to respond to the defendant's petition on September 29, 2006, appears to remain in effect.

9. Thus, I am unsure how or if to respond to defendant's motion as it appears that neither the Court nor the defendant has yet accepted the defendant's amended petition.

10. I am out of the office on business-related travel, followed by personal travel, for much of October. Accordingly, I request a response date at the end of November so that defendant's issues with counsel can be resolved, as well as for the government to have adequate time to prepare supporting materials, order transcripts, and properly respond to defendant's petition. As the Court is aware, the defendant's underlying case has an extended history, as there are currently 862 docket entries.

11.     I have spoken to defendant's current attorney, Meredith Ahearn, who does not oppose this request.

RESPECTFULLY SUBMITTED on September 29, 2006.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2006, a copy of the foregoing GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO RECONSIDER ORDER MODIFYING SENTENCE was served electronically on Meredith Ahearn.

s/ Frank V. Russo