**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    LESLIE J. WILLIAMS, JR.

THE HONORABLE JOHN W. SEDWICK    CASE NO.  3:04-cr-0003-03-JWS

Deputy Clerk              Official Recorder

Pam Richter

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The reference of matters as to Leslie J. Williams, Jr. to Magistrate Judge Roberts is hereby WITHDRAWN.

This order addresses the motions at dockets 857, 858, 860, 862 and 863.

The motions at dockets 857 and 858 are GRANTED, as follows: The amended petition shall be deemed to have been filed today, October 2, 2006.

The motions at dockets 860 and 862 are each DENIED without prejudice to a new motion seeking the same relief if such a motion is filed within the time frame set out in the next paragraph.

IT IS FURTHER ORDERED:

   (1) Counsel for Williams shall confer with Williams in person or by telephone on or before October 30, 2006, and discuss at length the issues which are of concern to Williams as well as the requirements of this order respecting the deadline set out in the next paragraph.

   (2) Any motion seeking the relief requested at docket 860 and any motion seeking the relief requested at docket 862 shall be filed not later than November 13, 2006.

The motion at docket 863 is GRANTED as follows: The United States shall respond to the amended petition not later than December 4, 2006.

DATE: October 2, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]