### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA      v.      LESLIE J. WILLIAMS, JR.

THE HONORABLE JOHN W. SEDWICK    CASE NO.   3:04-cr-00003-03-JWS

   Deputy Clerk                    Official Recorder

   Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Attached to this minute order is a document addressed to "Dear Clerk of Court" dated 10-30-06 and signed by Leslie Williams. It would appear from the letter that counsel for petitioner Williams may not have timely complied with the court's order at docket 864 which among other things required her to confer with Williams no later than October 30, 2006. Counsel for Williams shall file a report on or before November 13, 2006, advising the court whether or not she conferred with Williams as required by the order at docket 864, and if not she shall show cause why she did not.

DATE:  November 7, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]