RECEIVED
NOV 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Dear Clerk Of Courts,    10-30-06

This is Leslie Williams writing, case # 3:04-cr-3. There was a hearing ordered by the court today 10-30-06 and I was scheduled to attend by telephone. When I called the court and spoke to your office, I was told the order for my hearing was vacated. I was told something was entered on 10-02-06 which caused this hearing to be vacated. I filed nothing and the attorney who was appointed to me, Ms. Ahern was given nothing by me to enter on this matter. As of today, I still have not had any correspondance with Ms. Ahern, who is clearly not an advocate on my behalf. My letter dated 9-20-06 which caused this hearing still stands. If the court is forcing me to use Ms. Ahern, then I would ask for the right to appeal the court's decision on vacating my motion for new counsel. I ask your office for a written response to this matter. A good deal of my life hangs in the balance and I need competent representation. I am writing Pro Se and ask for a copy of whatever has been entered concerning my case. Anything entered on my behalf by Attorney Ahern is totally without my knowledge or permission. I had in no way achieved any agreement with Ms. Ahern concerning my defense. We have had no contact since her initial contact. I await your reply.

Thank You,
L. Williams