Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LESLIE J. WILLIAMS, )<br>) Case No. 4:003-CR-03(JWS)<br>Defendant. )<br>) | |

**STATUS REPORT TO COURT**

Counsel for Defendant, Leslie J. Williams, advises the Court that, as of today, she has not spoken with the Defendant.  Counsel has written Defendant a letter, called the institution and faxed a request to the federal correctional institution in Yazoo City, Mississippi, where Defendant is incarcerated since October 31, 2006.  Defendant made one attempt to call counsel at her office on or about October 31, but counsel was away from the office, and he has not called back.

Counsel will once again fax a request for a telephone conference with the Defendant to the federal correctional institution and ask to speak with him as soon as possible. Counsel will keep the Court advised of her progress.

DATED at Anchorage, Alaska this 15th day of November 2006.

        HAGANS, AHEARN AND WEBB
        Attorneys for Defendant


By:    /s/
        Meredith A. Ahearn
        Alaska Bar No. 6903001
        HAGANS, AHEARN & WEBB
        310 K Street, Suite 400
        Anchorage, AK  99501
        (907) 276-5294:  Phone
        (907) 276-8732:  Fax
        E-mail:  haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 15th day of November 2006,
on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513


    /s/
Meredith A. Ahearn
Hagans, Ahearn & Webb