MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.     *JOSEF F. BOEHM, et al.*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:04-00003 CR (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: November 16, 2006

    The court has reviewed the status report at docket 870. Counsel for Williams shall advise the court as promptly as possible, and if no report has been earlier filed, she shall file an updated status report on **December 1, 2006.**

    The order at docket 864 is **AMENDED** as follows: The time for filing the United States' response to the amended petition is extended from December 4, 2006, to **December 15, 2006.**