NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00003-03-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION TO CONTINUE** |
| | ) | **DEADLINE FOR** |
| vs. | ) | **GOVERNMENT'S** |
| | ) | **RESPONSE TO** |
| LESLIE J. WILLIAMS, | ) | **DEFENDANT'S § 2255** |
| | ) | **PETITION** |
| Defendant. | ) | |
| | ) | **Filed on Shortened Time** |

COMES NOW, the United States, and moves this Court to continue the

deadline for the United States to respond to the defendant's amended petition

pursuant to 28 U.S.C. § 2255.  This motion is made for two reasons.  First, it

remains uncertain as to whether the defendant has adopted the arguments made in

his counsel's amended petition, dated September 11, 2006. On September 27, 2006, at docket 862, the defendant filed a pro se motion to disallow the previous, as well as future, motions of his appointed attorney. The defendant also requested new counsel. By order dated November 7, 2006, the Court requested that defendant's counsel file a status report regarding whether she conferred with her client regarding the amended petition. On November 15, 2006, the counsel filed a status report indicating that she had been unable to confer with her client despite several attempts. In the Court's order filed November 16, 2006, at docket 871, the Court directed that counsel for Williams file an updated status report by December 1, 2006. The United States was then directed to file a response to the amended petition on December 15, 2006.

It does not appear that defendant's counsel has advised the Court whether she has conferred with Mr. Williams, and whether he has adopted her claims made in the amended petition or directed that new claims be added. However, the Court's order at docket 871, directing the United States to respond to the defendant's petition on December 15, 2006, remains in effect.

Second, the government's efforts to respond to the current amended petition (as it currently exists) have been delayed by other responsibilities, as set forth in the accompanying declaration of Assistant United States Attorney Frank V. Russo.

Because the responsibilities set forth in the declaration concern non-public matters, the declaration is submitted <u>ex parte</u> and under seal. These matters will become public on or about December 15, 2006, at which time the United States will disclose the declaration to defendant upon request, and unseal the declaration if the Court so directs.

Based on the above reasons, as well as those set forth in the supporting declaration, I respectfully request until January 12, 2007, to respond to the claims in the amended petition, if adopted.

RESPECTFULLY submitted this 11th day of December, 2006, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ Frank V. Russo
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: Frank.Russo@usdoj.gov

I hereby certify that on December 11, 2006,
a copy of the foregoing GOVERNMENT'S
MOTION TO CONTINUE DEADLINE TO
RESPOND TO DEFENDANT'S 2255 PETITION
was served electronically on Meredith Ahearn.

s/ Frank V. Russo