# EXHIBIT A

# PROFFER LETTER