# EXHIBIT B

# IS A SEALED

# DOCUMENT