EXHIBIT C

IS A SEALED

DOCUMENT