EXHIBIT D

IS A SEALED

DOCUMENT