EXHIBIT E

IS A SEALED

DOCUMENT