**FILED**

1    UNITED STATES DISTRICT COURT       JUN 2 3 2005

2                DISTRICT OF ALASKA            UNITED STATES DISTRICT COURT
                                              DISTRICT OF ALASKA
                                              By ⎯⎯⎯⎯⎯⎯ Deputy
3    UNITED STATES OF AMERICA,     )   Case No. A04-0003-03-CR (JWS)
                                   )
4                 Plaintiff,       )   Anchorage, Alaska
                                   )   Thursday, May 26, 2005
5         vs.                      )   8:30 o'clock a.m.
                                   )
6                                  )
     LESLIE JAMES WILLIAMS, JR.,   )   **IMPOSITION OF SENTENCE**
7                                  )
                  Defendant.       )
8    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯     )

9                 **PARTIAL TRANSCRIPT OF PROCEEDINGS**

10             BEFORE THE HONORABLE JOHN W. SEDWICK
11             UNITED STATES CHIEF DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:          FRANK RUSSO, ESQ.
                                 Assistant U.S. Attorney
14                               U.S. Attorney's Office
                                 222 West 7th Avenue, #9
15                               Anchorage, Alaska   99513-7567
                                 (907) 271-5071
16

17   For the Defendant:          D. SCOTT DATTAN, ESQ.
                                 Attorney at Law
18                               2600 Denali Street, Suite 460
                                 Anchorage, Alaska   99503
19                               (907) 276-8008

20   Probation Officer:          BARBARA BURTON-NICHOLS
                                 U.S. Probation Office
21                               222 West 7th Avenue, #48
                                 Anchorage, Alaska   99513
22                               (907) 271-5494

23   Court Recorder:             ELISA SINGLETON
                                 U.S. District Court
24                               222 West 7th Avenue, #4
                                 Anchorage, Alaska   99513
25                               (907) 677-6105

**EXHIBIT G**

1    Transcription Service:          NODAK ROSE TRANSCRIPTS
                                     721 North 19th Street
2                                    Bismarck, North Dakota   58501
                                     (701) 255-1054
3

4    Proceedings recorded by electronic sound recording.
     Transcript produced by transcription service.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1    ANCHORAGE, ALASKA - THURSDAY, MAY 26, 2005

2    (Call to Order of the Court at 8:30 a.m.)

3    (All parties present; defendant present)

4    (This Portion Not Requested)

5  (09:23:28)

6    **IMPOSITION OF SENTENCE**

7    THE COURT:  So, pursuant to the Sentencing Reform Act

8  of 1984, it is the judgment of the Court that the defendant,

9  Leslie James Williams, is hereby committed to the custody of

10  the Bureau of Prisons to be imprisoned for a term of a hundred

11  and twenty-four months.  Upon release from imprisonment,

12  defendant shall be placed on supervised release for a term of

13  six years.  Within seventy-two hours of release from the

14  custody of the Bureau of Prisons, defendant shall report in

15  person to the probation office in the district to which he is

16  released.

17    While on supervised release, defendant shall not

18  commit another federal, state or local crime, shall not possess

19  a firearm or illegal controlled substance, and shall comply

20  with the standard conditions included in the Court's judgment.

21    In addition, because the offense occurred after the

22  effective date of the Violent Crime Control and Law Enforcement

23  Act and there is some risk of future substance abuse, defendant

24  shall refrain from unlawful use of controlled substances and

25  submit to one drug test within fifteen days of release on

4

1  supervision, and at least two periodic drug tests thereafter at

2  the direction of the probation officer.

3          The defendant shall also comply with the following

4  special conditions:

5          One.   Defendant shall cooperate with collection of a

6  DNA sample from defendant as direct by the probation officer.

7          Two.   Defendant shall submit to a warrantless search

8  of his person, residence, vehicle, personal effects, place of

9  employment and -- I'm sorry.  Defendant shall submit to a

10  warrantless search of his person, residence, vehicle, or place

11  of business or employment by a Federal Probation or Pretrial

12  Services officer, or other law enforcement officer, based upon

13  reasonable suspicion of contraband or violation of a condition

14  of supervision or a violation of law.

15          Contraband in this instance is -- will include, but

16  not be limited to, any media of any type which contains

17  electronic media storage that may include images of child

18  pornography.

19          Failure to submit to a search may be grounds for

20  revocation.

21          Four.   Defendant shall not possess a firearm,

22  destructive device or other weapon.

23          Five.   Defendant shall participate in a sex -- in a

24  program of sex offender assessment, and if indicated by that

25  assessment, treatment as determined by the assessing expert.

5

1    Finally, the defendant shall have no contact with the

2   victims, including correspondence, telephone contact, or

3   communication through a third party except under circumstances

4   approved in advance and in writing by the probation officer in

5   consultation -- let me repeat that.  The defendant shall have

6   no contact with the victims, including correspondence,

7   telephone contact, or communication through a third party,

8   except under circumstances approved in advance and in writing

9   by the probation officer.

10    Defendant shall not enter into the premises, travel

11   past, or loiter near where the victims reside.

12    I do find that Mr. Williams does not have the ability

13   to pay a fine; however, as required by statute, it is ordered

14   that he shall pay to the United States a special assessment of

15   one hundred dollars, which shall be paid to the Clerk of Court

16   immediately.

17    It is my strong recommendation to the Bureau of

18   Prisons that Mr. Williams not be housed at Sheridan.

19    Is there anything further then before I advise Mr.

20   Williams of his limited rights on appeal?

21    MR. RUSSO:  No, Your Honor.

22    MR. DATTAN:  Your Honor, part and parcel of this

23   offense his activity as a drug dealer.  He may not have been

24   using that cocaine, but obviously his incomplete thought

25   processes regarding drugs had a significant impact here, and he

6

1  would appreciate a recommendation for the five-hundred-hour
2  drug program if it's otherwise appropriate.

3                          (Pause)

4          THE COURT:  All right.  I'm going to make that
5  recommendation, but I'm going to add another condition of
6  supervised release.

7          In addition to the drug testing required by the
8  Violent Crime Control and Law Enforcement Act, defendant shall
9  participate in either or both inpatient or outpatient treatment
10  programs approved by the U.S. Probation Officer for substance
11  abuse treatment, which program shall include testing to
12  determine whether the defendant is using drugs or alcohol.  At
13  the direction of the probation officer, defendant may be
14  required to pay for all or a portion of any treatment program.

15          I do recommend to the Bureau of Prisons that Mr.
16  Williams be placed in the five-hundred-hour drug treatment
17  program.

18          I agree with Mr. Dattan that somebody who's been
19  engaged in dealing drugs for as long and extensively as Mr.
20  Williams has, clearly needs to know more about substance abuse,
21  and I think he is at risk, and it's for those reasons that I
22  make the recommendation, and I add the additional condition to
23  his supervised release.

24          If there's nothing further then, I need to advise Mr.
25  Williams of his limited rights on appeal.

7

1        MR. DATTAN:  I have nothing further.  Thank you, Your

2   Honor.

3        THE COURT:  Mr. Williams, you are advised that there

4   is ordinarily a right to appeal a sentence, even when one

5   pleads guilty, but you waived your right to appeal in your plea

6   agreement.  Such a waiver is ordinarily enforceable.  If you

7   believe the waiver is not enforceable in your case, then you

8   may take an appeal.  Any appeal must be taken within the ten-

9   day time period allowed by Rule 4(b) of the Federal Rules of

10  Appellate Procedure.  If you cannot afford to pay for an

11  appeal, you may ask to do so at public expense by applying for

12  leave to proceed in forma pauperis.  If you request it, the

13  Clerk of Court will file a notice of appeal on your behalf.

14       All right.  This matter is adjourned.  I'm going to

15  remain on the bench briefly.

16       THE CLERK:  This matter is now adjourned.  This Court

17  stands adjourned subject to call.

18       (Proceedings concluded at 9:29 a.m.)

19

20

21

22

23

24

25

1

**CERTIFICATE**

2

I certify that the foregoing is a correct transcript from the

3

electronic sound recording of the proceedings in the above-

entitled matter.

4

5   _Donna K. Chertkow_                    _June 19, 2005_

6   Signature of Approved Transcriber                    Date

7

DONNA K. CHERTKOW

8   Typed or Printed Name

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Denali**
**Elmore/AKD/09/USCOURTS**
01/04/2007 11:30 AM

To   Caroline Edmiston/AKD/09/USCOURTS@USCOURTS

cc   Natalie Day/AKD/09/USCOURTS@USCOURTS

bcc

Subject   USA v. Leslie Williams, 3:04-cr-00003-03

Caroline,

There is an expedited order in this case from the U.S.A.O.

Thanks,
Denali

1/4/07
Sent to T. M.