# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *LESLIE J. WILLIAMS, JR*.

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:04-00003 CR (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  March 28, 2007

---

The court has concluded that it should hear testimony from defendant Williams and his former counsel, D. Scott Dattan, in connection with the pending motion for relief from judgment at docket 848 which was filed pursuant to 28 U.S.C. § 2255. The court will hear the testimony at **8:00 AM** on **April 13, 2007**, in Courtroom 3.

Counsel for defendant shall make arrangements for defendant Williams to participate telephonically. The court cannot accept collect calls.

Counsel for the United States shall make arrangements for Mr. Dattan to appear in person to give testimony.