Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE J. WILLIAMS,<br><br>Defendant. | Case No. 4:003-CR-03(JWS) |

**UNOPPOSED MOTION TO CONTINUE HEARING**

Counsel for Defendant, Leslie J. Williams, requests this Court to continue the hearing scheduled for April 13 at 8:30 a.m. in this matter until no earlier than April 20, 2007 because she is scheduled for surgery April 12, 2007 at Alaska Regional Hospital.

DATED at Anchorage, Alaska this 4th day of April 2007.

HAGANS, AHEARN AND WEBB
Attorneys for Defendant

By: /s/
Meredith A. Ahearn
Alaska Bar No. 6903001
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294: Phone
(907) 276-8732: Fax
E-mail: haw@alaska.net

CERTIFICATE OF SERVICE
I certify that a copy hereof was served electronically this 4th day of April 2007, on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513

/s/
Meredith A. Ahearn
Hagans, Ahearn & Webb

**United States v. Williams, Case No. 4:003-CR-03 (JWS)**
**Motion To Continue Hearing** **Page 2 of 2**