Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LESLIE J. WILLIAMS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 4:003-CR-03(JWS) |

## PROPOSED ORDER CONTINUING HEARING

Counsel for Defendant, Leslie J. Williams, has moved this Court to reschedule the hearing now scheduled for April 13, 2007, because of previously scheduled surgery. This Court grants counsel's motion and reschedules the hearing for _____, 2007 at _____ __.M.

DATED at Anchorage, Alaska this ____ day of April 2007.

_____
John W. Sedwick
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 4th day of April 2007,
on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513

_____/s/_____
Meredith A. Ahearn
Hagans, Ahearn & Webb