```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. LESLIE J. WILLIAMS, JR.   CASE NO. 3:04-cr-00003-03-JWS
Defendant:  X Present-Telephonic  X In Custody

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           MEREDITH AHEARN

U.S.P.O.:                       BARBARA BURTON

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION UNDER USC 28:2255 TO
             VACATE, SET ASIDE OR CORRECT SENTENCE (DKT 848)
             HELD APRIL 30, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:39 a.m. court convened.

Leslie Williams sworn and testified on his own behalf.

Dattan Scott Dattan sworn and testified on behalf of the plaintiff. Plaintiff's exhibit A **IDENTIFIED**. Plaintiff's exhibit H **ADMITTED**.

Court and counsel heard re defendant's Motion to Vacate Under 28 U.S.C. 2255 (Dkt 848); matter taken **UNDER ADVISEMENT;** written ruling to issue.

List of Exhibits and List of Witnesses filed separately.

At 11:49 a.m. court adjourned.

NOTE: All admitted exhibits retained by counsel.

DATE:      April 30, 2007          DEPUTY CLERK'S INITIALS:  amk