(Rev 4/07)

# LIST OF EXHIBITS

Case No. 3:04-cr-00003-03-JWS     Judge: John W. Sedwick

Title         U.S.A.
vs.
              Leslie J. Williams, Jr.

Dates of Hearing/Trial:     April 30, 2007

Deputy Clerk/Recorder:      April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | Meredith Ahearn |
|  |  |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| A | ✓ |  | Proffer Letter |  |  |  |  |
| B |  |  |  |  |  |  |  |
| C |  |  |  |  |  |  |  |
| D |  |  |  |  |  |  |  |
| E |  |  |  |  |  |  |  |
| F |  |  |  |  |  |  |  |
| G |  |  |  |  |  |  |  |
| H | ✓ | 4/30/07 | letter |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |