**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
     Plaintiff,

                            Case Number 3:06-cv-00105-JWS
v.                                 (3:04-cr-00003-02-JWS)

LESLIE J. WILLIAMS, JR.,
     Defendant.            **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.


APPROVED:


/s/ JOHN W. SEDWICK
United States District Judge

July 12, 2007                            Ida Romack
Date                                    Clerk of Court


                                    Robin M. Carter
                                    (By) Deputy Clerk

[]