IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LESLIE J. WILLIAMS,<br><br>　　　　Defendant. | Case No. 3:04-cr-00003-JWS-3<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

　　　　On May 12, 2008, Leslie J. Williams filed a motion for appointment of counsel for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

　　　　IT IS HEREBY ORDERED that:

1.　　The Clerk of Court will confirm that the United States Attorney has received a copy of docket number 989, along with this Order.

---

　　　[1] *See* Docket Nos. 989; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

2. The's application for appointment of counsel, at docket number 989, is GRANTED. Meredith A. Ahearn is appointed to represent Mr. Williams in this matter.

3. Counsel for Mr. Williams shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

4. The Government is permitted to file a response within sixty days from the time counsel for Mr. Williams files the motion.

5. Counsel for Mr. Williams may file a reply within thirty days of the filing of the response.

6. A date for imposition of re-sentencing may be set at a later time.

DATED this 15th day of May, 2008, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge