Meredith A. Ahearn
HAGANS, AHEARN & WEBB
745 West 4th Avenue, Suite 304
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LESLIE J. WILLIAMS, | ) | |
| | ) | Case No. 4:03-CR-03(JWS) |
| Defendant. | ) | |
| | ) | |

**NOTICE TO COURT RE MOTION TO REDUCE SENTENCE**

Defendant, Leslie J. Williams, notifies the Court by and through his

counsel, Meredith A. Ahearn, that a Motion to Reduce Sentence based upon the new

Retroactive Crack Cocaine Amendment will not be filed in this case.  After consultation

between client and attorney, a review of the record in this case and applicable legal

research, it is apparent that Defendant does not have grounds to file a motion for a

reduction of his sentence under the crack cocaine amendment.

DATED at Anchorage, Alaska this 2nd day of July 2008.

HAGANS, AHEARN AND WEBB
Attorneys for Defendant


By:   /s/ Meredith A. Ahearn
       Meredith A. Ahearn
       Alaska Bar No. 6903001
       HAGANS, AHEARN & WEBB
       745 West 4th Avenue, Suite 304
       Anchorage, AK  99501
       (907) 276-5294:  Phone
       (907) 276-8732:  Fax
       E-mail:  haw@alaska.net


CERTIFICATE OF SERVICE
I certify that a copy hereof was served
electronically this 2nd day of July 2008,
on:

Frank Russo
U. S. Attorney's Office, District of Alaska
222 W. 7th Ave.,#9, Room 253
Anchorage, AK 99513


/s/  Meredith A. Ahearn
Meredith A. Ahearn
Hagans, Ahearn & Webb

**United States v. Williams, Case No. 4:003-CR-03 (JWS)**
**Notice to Court re: Motion to Reduce Sentence**                     Page 1 of 2